828

No. 361. YOUNG v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 363. BRICKEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 366. STATE BANK & TRUST CO. v. MARYLAND CASUALTY Co. C. A. 5th Cir. Certiorari denied.

No. 371. RODEO MUSIC CORP., DBA BELAIR ENTERPRISES v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 373. MASTERSON, RECEIVER v. VALLEY NATIONAL BANK OF LONG ISLAND. C. A. 3d Cir. Certiorari denied.

No. 374. MILLER-DAVIS Co. v. PREMIER ELECTRICAL CONSTRUCTION Co. C. A. 7th Cir. Certiorari denied.

No. 375. MARQUEZ ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 376. RAMAPO BANK ET AL. v. COMPTROLLER OF THE CURRENCY ET AL.; and
No. 406. BRADY, COMMISSIONER OF DEPARTMENT OF BANKING OF NEW JERSEY v. CAMP, COMPTROLLER OF THE CURRENCY, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 425 F. 2d 333.

No. 378. LEONE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 379. ALL-STATE INDUSTRIES OF NORTH CAROLINA, INC., ET AL. v. FEDERAL TRADE COMMISSION. C. A. 4th Cir. Certiorari denied.